MAY 27, 1957

**No. 60810.**—B. R. Anderson & Co. and Hemphill Brothers, Inc. *v.* United States, protests 248049–K, etc.— —C. D. 1866. Plaintiffs' application for rehearing denied.

**No. 60811.**—Camera Specialty Company, Inc. *v.* United States, protest 278334– K.— Plaintiff's application for rehearing granted.

**No. 60812.**—Goody Novelty Co. et al. *v.* United States, protests 278444–K, etc.— Plaintiffs' application for rehearing granted.